IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                        NO. 05-20100-Ma

KEETRICK McKINNEY,

      Defendant.

---

ORDER RESETTING SUPPRESSION HEARING

---

Before the court is the government's August 3, 2005, unopposed motion to reset the suppression hearing of Keetrick McKinney, which is presently set for September 2, 2005. For good cause shown, the motion is granted. The suppression hearing is **reset to Thursday, September 15, 2005, at 2:30 p.m.**

It is so ORDERED this 4th day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-5-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CR-20100 was distributed by fax, mail, or direct printing on August 5, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT