IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 30 PM 5: 03

THOMAS M. GOULD
CLERK U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                              NO. 05-20100-Ma

KEETRICK McKINNEY,

        Defendant.

_____

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

_____

Before the court is the August 29, 2005, motion by Keetrick McKinney, to reset the suppression motion hearing presently set on October 12, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The hearing on defendant's motion to suppress is **reset** to **Thursday, October 20, 2005, at 2:00 p.m.**

It is so ORDERED this ___30th___ day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-6-05___

29

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in
case 2:05-CR-20100 was distributed by fax, mail, or direct printing on
September 6, 2005 to the parties listed.

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT