IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20100-Ma

KEETRICK McKINNEY,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

Before the court is the October 17, 2005 motion by Keetrick McKinney to reset the hearing on the motion to suppress which is currently set on October 20, 2005. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Friday, November 18, 2005, at 2:00 p.m.**

It is so ORDERED this 19K day of October, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 32(b) FRCrP on 10-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20100 was distributed by fax, mail, or direct printing on October 21, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT