IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 NOV 18 AM 11: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T. MEMPHIS

UNITED STATES OF AMERICA,

VS.                                      NO. 05-20100-Ma

KEETRICK McKINNEY,

  Defendant.

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING
AND ORDER EXCLUDING TIME

Before the court is the November 16, 2005, motion by Keetrick McKinney to reset the hearing on the motion to suppress which was set on November 18, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Friday, December 21, 2005, at 2:30 p.m.**

The Court continues the trial date to January 3, 2006, at 9:30 a.m. with a report date of December 23, 2005, at 2:00 p.m.

The period from December 16, 205, through January 13, 2006, is excluded under 18 U.S.C. § 3161(h)(1)(F) to allow for resolution of the pending motions.

**IT IS SO ORDERED** this the 17th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-21-05

40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:05-CR-20100 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

J Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT