IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ O.C.

05 DEC 22 PM 3:25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )
                          )
vs.                       )   CR. NO. 05-20100-Ma
                          )
KEETRICK McKINNEY,        )
                          )
            Defendant.    )

**ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY**

This cause came on for a suppression hearing on December 21, 2005. At the conclusion of the hearing, the court withheld ruling on the motion and allowed counsel to submit post-hearing briefs.

The Court continued the trial date to the rotation docket beginning Monday, February 6, 2006, with a report date of Friday, January 27, 2006 at 2:00 p.m.

The period from December 12, 2005 through February 17, 2006 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(F) because the interests of justice in allowing additional time to prepare and the need to dispose of the pending motion to suppress outweigh the need for a speedy trial.

IT IS SO ORDERED this __22d__ day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __12-29-05__



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20100 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

J. Patten Brown
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT